**DENY and Opinion Filed December 30, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-01128-CV**

**IN RE SAMANTHA DIANN SANFORD, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-18505**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is relator's December 21, 2021 petition for writ of mandamus in which she challenges the associate judge's rulings (1) granting the intervenor temporary sole managing conservatorship of the child, and (2) denying relator's objections to intervenor's standing.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator bears the burden of demonstrating her entitlement to mandamus relief, which includes providing this Court with a record sufficient to make that showing. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). We conclude that relator has failed to meet this

burden. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

211128F.P05